ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, State Bar 114878
mgreenberg@abbeylaw.com
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA  95402-1566
Telephone:  707-542-5050
Facsimile:  707-542-2589

Attorneys for Defendants
MIK NOMAD dba MAMMOTH MOTORSPORTS a/k/a MIK NOMAD ENTERPRISES, INC., DAMON PODOLNY and KIM KRINDEL PODOLNY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY and CENTURY SURETY COMPANY,<br><br>          Plaintiffs,<br><br>     v.<br><br>MIK NOMAD, INC. dba MAMMOTH MOTORSPORTS aka MIK NOMAD ENTERPRISES, INC.; DAMON PODOLNY and KIM PODOLNY; LANCE TOUCHSTONE, et al.,<br><br>          Defendants. | Case No.: 3:15-cv-2484 SC<br><br>[~~PROPOSED~~] **ORDER EXTENDING CERTAIN FILING AND COURT APPEARANCE DEADLINES**<br><br>Assigned to: Judge Samuel Conti |

In accordance with the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT** the following deadlines and court appearance date are continued, as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Response to Complaint | August 6, 2015 | January 18, 2016 |
| ADR Certification | August 14, 2015 | January 18, 2016 |
| Stip to ADR/Notice | August 28, 2015 | January 18, 2016 |
| ADR Conference | | |
| Rule 26(f) Report | August 28, 2015 | February 1, 2016 |
| Initial Disclosures | August 28, 2015 | February 1, 2016 |

- 1 -

| | | |
|---|---|---|
| Joint CMC Statement | September 4, 2015 | February 8, 2016 |
| Initial CMC | September 11, 2015 | February 19, 2016 |

Dated: 07/29/2015

_____
Judge, U.S. District Court

# CERTIFICATE OF SERVICE

I, Mitchell B. Greenberg, attorney of record for Defendants MIK NOMAD dba MAMMOTH MOTORSPORTS a/k/a MIK NOMAD ENTERPRISES, INC., DAMON PODOLNY and KIM KRINDEL PODOLNY, I electronically filed the **[PROPOSED] ORDER EXTENDING CERTAIN FILING AND COURT APPEARANCE DEADLINES** with the Clerk of the Court using the electronic case filing system, which will send notifications of this filing to all parties registered with the Court's electronic case filing system.

Dated: July 29, 2015       ABBEY, WEITZENBERG, WARREN & EMERY

By:     /s/ Mitchell B. Greenberg
      Mitchell B. Greenberg
      Attorneys for Defendants
      MIK NOMAD dba MAMMOTH MOTORSPORTS a/k/a MIK NOMAD ENTERPRISES, INC., DAMON PODOLNY and KIM KRINDEL PODOLNY