United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIK NOMAD, INC., et al., <br><br> Defendants. | Case No.  15-cv-02484-JST <br><br> **ORDER ADVANCING CASE MANAGEMENT CONFERENCE** <br><br> Re: ECF No. 17 |

In a prior order, the Court granted a stipulation to extend filing and court appearance deadlines in this case. ECF No. 17. The Case Management Conference currently scheduled for February 19, 2016, is hereby advanced to February 10, 2016 at 2:00 p.m. The Joint CMC Statement remains due on February 8, 2016. Defendants' response to the complaint remains due January 18, 2016. The Court will not entertain further requests to enlarge the deadlines.

IT IS SO ORDERED.

Dated:  November 18, 2015

_____
JON S. TIGAR
United States District Judge